UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVIN DAVID SOLORZANO PERES, A-220-710-396,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. 1:26-cv-3917 TLN AC<br><br><br>RELATED CASE ORDER |
| NORVIN DAVID SOLORZANO PERES, A-220-710-396,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondents. | No. 1:26-cv-4204 NW |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 1:26-cv-4204 NW is reassigned to Chief District Judge Troy L. Nunley and Magistrate Judge Allison Claire, and the caption shall read 1:26-cv-4204 TLN AC. Any dates currently set in 1:26-cv-4204 NW are hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 12, 2026

_____
Troy L. Nunley
Chief United States District Judge